**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: June 30, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-09656

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Refugio C. Macias<br>    Debtors.<br><br>U.S. Bank, National Association<br>    Movant,<br>  vs.<br><br>Refugio C. Macias<br>Debtors; Jill H. Ford, Trustee.<br><br>    Respondents. | No. 2:10-bk-06972-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #15)<br><br>Hearing Date: |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated December 21, 2001, and recorded in the office of the Pinal County Recorder wherein U.S. Bank, National Association is the current beneficiary and Refugio C. Macias have an interest in, further described as:

    Lot Fifty-Six (56), of VALLEY OF THE SUN ESTATES, according to the Plat of Record in the Office of the County Recorder of Pinal County, Arizona, in Book 11, Page 49.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.